

DEPT 835    5228577118066
PO BOX 4115
CONCORD CA  94524

June 14, 2018

ADDRESS SERVICE REQUESTED

PERSONAL AND CONFIDENTIAL
MICHAEL PARAJECKI
W253S10960 HUNTERS RUN
MUKWONAGO WI 53149-8864



**National Credit Adjusters**

PO Box 3023 - 327 W 4th St.
Hutchinson, KS 67504-3023
Toll Free: 1-877-824-9372
Fax: 620-664-5947
www.ncaks.com

| | |
|---|---|
| NCA Acct # | ▬▬▬▬ |
| Current Balance: | $7,308.51 |
| Original Creditor: | Cash Central |
| Original Acct #: | 6998942 |
| Current Owner: | Reviver Financial, LLC |
| Serviced By: | National Credit Adjusters, LLC |

Dear MICHAEL PARAJECKI,

This letter is to confirm that you and National Credit Adjusters were not able to agree to a payment arrangement on the account referenced above during our most recent communication. If for any reason there is a misunderstanding, and it is your wish to resolve the delinquency through means satisfactory to both parties, please contact National Credit Adjusters at 1-877-824-9372 and an NCA account manager will assist you.

If you wish to resolve this account without speaking to an NCA account manager, please go online to www.NCAKS.com/pay-online.htm and enter your NCA account number (▬▬▬▬) along with your five digit zip code printed on this letter. This online service is available 24 hours a day.

If you have secured prior arrangements with NCA before receipt of this letter, and the arrangements are still active, please disregard this notice.

This communication is from a debt collector attempting to collect a debt. All information obtained will be used for that purpose.

Sincerely,

National Credit Adjusters
1-877-824-9372  Toll Free



EXHIBIT A

NATIONAL CREDIT ADJUSTERS, LLC    HOURS: M-TH 8AM-8PM CST, FRI 8AM-2PM CST    LETTER CODE: LREF

NCALREF-0614-1048150103-00360-380

S178672262